# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/3/2012  Case Number 2:11-cr-240
Case Style: USA vs. Lamont Van Harris
Type of hearing Voir Dire
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran  Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Mary Claire Akers and Joshua C. Hanks


Attorney(s) for the Defendant(s) David R. Bungard and George H. Lancaster Jr.


Law Clerk Matt Farley  Probation Officer N/A

### Trial Time

Jury selection with trial commencing same day.

### Non-Trial Time

### Court Time

9:25 am   to 11:20 am
11:30 am   to 12:05 pm
Total Court Time: 2 Hours 30 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

Scheduled Start 9:00 a.m.
Actual Start 9:25 a.m.


33 perspective jurors present (see "Judge's List").
31 perspective jurors called into the box (see "Judge's List").
Perspective jurors given oath on voir dire.
Court goes over voir dire questions with jurors.
Juror #28 Terry Traub, excused for cause.  Replaced by Juror #32, Aimee Harris.
Juror #26, Shelly Bowling, excused for cause.  Replaced by Juror #33, Tandra English.
Juror #30, Rachael Hatfield, excused for cause.
Juror #6, Carrie Grimm excused for cause.

Court recessed:  11:20 a.m.
Court reconvened: 11:30 a.m.

Counsel make strikes.
Sticken jurors excused:
Juror #1, James Vickers

## District Judge Daybook Entry

Juror #2, Nick Estes
Juror #5, Virginia Yeager
Juror #7, Paul Kesling
Juror #9, Mark Summers
Juror #10, Penny Hunt
Juror #12, Bruce Gossett
Juror #14, David Young
Juror #15, Laura Ellis
Juror #16, Jason Lunsford
Juror #20, Kathryne Smith
Juror #22, Michelle Barron
Juror #24, Katherine Dolin
Juror #25, Eric Thornton
Juror #32, Aimee Harris
Juror #33, Tandra English

Juror #31, Joni Cummings not used.
16 jurors struck by counsel.
4 jurors excused for cause.
1 juror unused.
12 jurors seated to try the issue.
Jury given oath to try the issue.
Court reviews preliminary instructions.
Voir dire completed at 12:05 p.m.