# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/16/2012                                                    Case Number 2:11-cr-00240
Case Style: USA vs. Lamont Van Harris
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                        Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Joshua Hanks

Attorney(s) for the Defendant(s) Louie Price

Law Clerk Matt Farley                                              Probation Officer Keith Zutaut and Ruth Loftis

## Trial Time

## Non-Trial Time

## Court Time

11:50 am   to 12:44 pm
Total Court Time: 0 Hours 54 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:45 a.m.
Actual Start 11:50 a.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 37
    Criminal History: IV
    Custody Range: 292-365 months
    Supervised Release Range: 1-3 years
    Fine Range: $20,000 - $200,000
    Assessment: $100
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 120 months to run consecutive to 24 months in Criminal Action No: 2:01-cr-261-07.
    Supervised Release: 3 years
    Fine: none imposed
    Assessment: $100
Court states reasons for sentence imposed.
Defendant remanded.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 12:44 p.m.

District Judge Daybook Entry